```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

SHARON A. SEE,                         :
                                       :
    Plaintiff,                        :
                                       :
    v.                                :     CASE NO. 3:06CV1455(RNC)
                                       :
UNITED OBLIGATIONS LLC, et al.,        :
                                       :
    Defendants.                       :

## RULING ON MOTION TO AMEND

Pending before the court is the plaintiff's motion to amend her complaint (doc. #60). Fed. R. Civ. P. 15(a) provides in relevant part that a plaintiff may amend her complaint by leave of court. "[L]eave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).

> The Rule reflects two of the most important principles behind the Federal Rules: pleadings are to serve the limited role of providing the opposing party with notice of the claim or defense to be litigated, and "mere technicalities" should not prevent cases from being decided on the merits, Thus, absent evidence of undue delay, bad faith or dilatory motive on the part of the movant, undue prejudice to the opposing party, or futility, Rule 15's mandate must be obeyed.

<u>Monahan v. New York City Dep't of Corrections</u>, 214 F.3d 275, 283 (2d Cir. 2000) (internal citations omitted). "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits."

Neither defendant argues that it would be prejudiced by an amendment at this time, and the plaintiff's motion to amend was

not unreasonably delayed.  Nor has either defendant objected to the amendment as futile or for any other substantive reason.

The plaintiff's motion to amend (doc. #60) is granted.  The clerk's office shall docket the plaintiff's First Amended Complaint.

SO ORDERED at Hartford, Connecticut this 20th day of February, 2008.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge